# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **DONALD RICHARD BAGWELL,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:21-mc-00005-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **MARTIN K. REIDINGER,** | ) | |
| **R. ANDREW MURRAY, and** | ) | |
| **DONALD DAVID GAST,** | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2021 Order.

March 1, 2021

Frank G. Johns, Clerk
United States District Court